Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Petitioner Dorian Bailey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN D. BAILEY,<br><br>     Petitioner,<br><br>     vs.<br><br>PEOPLE OF CALIFORNIA, et al.,<br><br>     Respondents. | No. CIV S-10-84 KJM P<br><br>ORDER FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING STATEMENT |

Good cause appearing therefore, it is hereby ORDERED as follows:

The parties may have until June 9, 2010 to file a Joint Scheduling Statement.

Dated: May 6, 2010

_____
U.S. MAGISTRATE JUDGE