IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DORIAN D. BAILEY,

    Petitioner,               No. CIV S-10-84 KJM P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.             ORDER
_____/

    Petitioner is a state prison inmate proceeding with counsel with a petition for a writ of habeas corpus. The parties have now filed their joint scheduling statement, as directed by the court. Based on that statement, IT IS HEREBY ORDERED that:

    1. Respondent is given sixty days from the date of this order in which to file a motion to dismiss;

    2. Petitioner's opposition is due thirty days after the motion is filed; and

    3. Respondent's optional reply is due fourteen days after the opposition is filed.

DATED: July 15, 2010.

_____
U.S. MAGISTRATE JUDGE

2 bail0084.ord

1