UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DORIAN D. BAILEY,

        Petitioner,               No. CIV S-10-0084 JAM CKD P

vs.

GREG LEWIS,

        Respondent.             **ORDER & WRIT OF HABEAS CORPUS**
_____/     **AD TESTIFICANDUM**

       DORIAN D. BAILEY, inmate # V42607, a necessary and material witness in proceedings in this case on October 12, 2011, is confined in Pelican Bay State Prison in Crescent City, California, in the custody of the Greg Lewis; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 26, United States Courthouse, 501 I Street, Sacramento, California on October 12, 2011 at 10 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95531-7000.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden/or Sheriff of name and address of institution:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 18, 2011

                                                    _____
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE