IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DORIAN D. BAILEY,

    Petitioner,                    No. CIV S-10-0084 JAM CKD P

    vs.

GREG LEWIS,

    Respondent.                  ORDER

_____/

        GOOD CAUSE APPEARING, the evidentiary hearing set for October 12, 2011 at 10:00 a.m. is vacated. The Writ of Habeas Corpus ad Testificandum for petitioner is vacated as well. The hearing will be reset, and another writ issued for petitioner, following the filing of a stipulation by counsel for both parties no later than November 15, 2011.

Dated: September 28, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
bail0084.ord

1