IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DORIAN D. BAILEY,

    Petitioner,                    No. CIV S-10-0084 JAM CKD P

    vs.

GREG LEWIS,

    Respondent.                  <u>ORDER</u>

_____/

       Petitioner, a state prisoner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner was appointed counsel on April 5, 2010. As counsel has been appointed to represent petitioner, the court will not consider pro se documents about the presentation of his case. Local Rule 191(c).

       Accordingly, IT IS HEREBY ORDERED that petitioner's letter to the court (Docket No. 43) is disregarded.

Dated: January 5, 2012

                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE

/kly
bail0084.LR191