1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     DORIAN BAILEY,                              No.  2:10-cv-0084 TLN CKD P

12                    Petitioner,

13            v.                                    ORDER

14     GREG LEWIS,

15                    Respondent.

16

17            The court has considered petitioner's unopposed motion for extension of time to object to

18     the January 23, 2015 findings and recommendations (ECF No. 72), accompanied by an

19     unopposed motion to unseal certain documents for use in the objections (ECF No. 73).

20            Good cause appearing therefore, it is hereby ORDERED as follows:

21            1.  Both of petitioner's unopposed motions (ECF Nos. 72 and 73) are granted;

22            2.  The parties may have until March 6, 2015 to file objections to January 23, 2015

23     findings and recommendations;

24            3. The sealed documents referred to at ECF No. 70, which consist of confidential

25     psychiatric reports submitted to the state trial court, shall be unsealed for the use of the

26     petitioner's and respondent's counsel only;

27            4. Dissemination of the documents described above shall be limited to counsel for the

28     parties in this case and their staffs and solely for the purposes of briefing any objections or

1

responses to objections to the findings and recommendations in this case.  Further dissemination to anyone else for any other purpose is prohibited;

5.  Should counsel for either party wish to file any or all of the above documents in this Court, they shall be filed under seal; and

6.  The Clerk of the Court shall make copies of these documents available for inspection and copying to counsel for petitioner Mark D. Eibert, Esq. and counsel for respondent Sean McCoy, Esq., and/or their designated staffs.  If only one party copies the documents, they are authorized to provide copies to their opposing counsel to save prosecutorial and CJA resources.

IT IS SO ORDERED.

Dated:  January 29, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2