UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DORIAN D. BAILEY,

    Petitioner,

    vs.

PEOPLE OF CALIFORNIA, et al.,

    Respondents.

No. 2:10-cv-0084 TLN CKD P

ORDER

Petitioner's attorney has filed an unopposed motion to unseal confidential psychiatric records for use by counsel in petitioner's pending appeal, along with a proposed order. (ECF Nos. 84 & 85.)

Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion to unseal (ECF Nos. 84 & 85) is granted.

2. The sealed documents referred to at Docket Number 70, which consist of confidential psychiatric reports submitted to the state trial court, shall be unsealed for the use of the petitioner's and respondent's counsel only.

////

////

3. Dissemination of the documents described above shall be limited to counsel for the parties in this case and their staffs and solely for the purposes of briefing and arguing the pending Ninth Circuit appeal and any subsequent Supreme Court appeal. Further dissemination to anyone else for any other purpose is prohibited.

4. Should counsel for either party wish to file any or all of the above documents in any appellate Court, they shall be filed under seal pursuant to the rules and permission of those courts.

IT IS SO ORDERED.

Dated: June 2, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE